# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SOLOMON, | : | Civil No.1:21-CV-00816 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| ANDREW M. SAUL,[1] | : | |
| *Commissioner of Social Security,* | : | |
| | : | |
| Defendant. | : | |

## ORDER
May 5, 2021

**IT IS ORDERED** that the plaintiff's application (*doc. 2*) to proceed *in forma pauperis* is **GRANTED**. The complaint is now deemed filed. The Clerk of Court is directed to issue process to the United States Marshal who is directed to serve plaintiff's complaint in accordance with Fed. R. Civ. P. 4(i) within 14 days. The defendant shall serve and file an answer, together with a certified copy of the transcript of the administrative record, within 60 days of service of the complaint.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge

---

[1] Andrew M. Saul is now the Commissioner of Social Security, and he is automatically substituted as the defendant in this action. See Fed. R. Civ. P. 25(d) (providing that when a public officer sued in his or her official capacity ceases to hold office while the action is pending, "[t]he officer's successor is automatically substituted as a party"); 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").