UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID D. SOLOMON,<br>　　　　Plaintiff | ) | CIVIL ACTION NO. 1:21-CV-816 |
| | ) | |
| v. | ) | (ARBUCKLE, M.J.) |
| | ) | |
| KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security*<br>　　　　Defendant | ) | |

## ORDER

In accordance with the accompanying memorandum opinion, it is ORDERED that:

(1) This case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

(2) Final Judgment will be issued in favor of Plaintiff, David Solomon, by separate order.

(3) The Clerk of Court is DIRECTED to CLOSE this case.

Date: March 28, 2023　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge