UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID S.,[1] | ) | CIVIL ACTION NO. 1:21-CV-816 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI, | ) | |
| *Acting Commissioner of Social Security* | ) | |
| Defendant | ) | |

# ORDER

On June 23, 2023, Plaintiff filed a motion requesting Eight Thousand and Sixty-Two Dollars and 42/100 Cents ($8,062.42) in attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. 26). Along with that motion, Plaintiff filed a supporting brief. (Doc. 27).

On July 7, 2023, a stipulation signed by counsel for both parties was filed. (Doc. 29). Under the terms of that stipulation, Plaintiff agreed to an EAJA fee award of Seven Thousand Six Hundred Fifty-Nine Dollars and 30/100 Cents ($7,659.30).

Upon consideration of the motion (Doc. 26) and stipulation (Doc. 29), it is ORDERED that:

(1) Plaintiff's motion for attorney fees (Doc. 26) is DEEMED MOOT.

---

[1] To protect the privacy interests of plaintiffs in social security cases, we have adopted the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that federal courts should refer to plaintiffs in such cases by their first name and last initial.

(2) The parties' stipulation (Doc. 29) is APPROVED.

Plaintiff is awarded Seven Thousand Six Hundred Fifty-Nine Dollars and 30/100 Cents ($7,659.30) under EAJA. The EAJA award will be paid directly to Plaintiff, David Solomon, and sent to the business address of Plaintiff's counsel, Jamie Ryan Hall, Esquire, at Olinsky Law Group, 250 S. Clinton Street, Suite 210, Syracuse, NY 13202. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

Date: July 11, 2023

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge